**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Corwin Tyrell WOODSON, Defendant–Appellant.**

No. 00–7229.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2001.

Decided Feb. 7, 2001.

Keith Lamonte Hill, pro se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Corwin Tyrell Woodson, pro se.

Mary Hannah Lauck, Office of the United States Attorney, Richmond, VA, for appellee.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Corwin Tyrell Woodson seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000), and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Woodson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Woodson,* Nos. CR–94–79; CA–99–213–3 (E.D.N.C. June 27 & Aug. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*